ABRAHAM DWORSKY, Appellant, v. NEW YORK RAILWAYS COMPANY, Respondent.— Judgment and order reversed and a new trial ordered, with costs to appellant to abide event, on the ground that the court erred in refusing to instruct the jury that they were at liberty to find that a slight projection of the plaintiff's arm from the window of the car was not negligence, as well as to find that it was negligence. Present — Clarke, P. J.,

Laughlin, Dowling, Smith and Merrell, JJ.; Dowling and Merrell, JJ., dissented.